**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LAZARO BETANCOURT,

    Plaintiff,

v.                                              CASE NO:  8:11-CV-806-T-30MAP

LIEWALD'S NURSERY, INC. and
CHARLES R. LIEWALD,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Report (Dkt. #9) filed on June 28, 2011.  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.      Plaintiff's request for dismissal with prejudice of his claims (Count One) based on the Fair Labor Standards Act is GRANTED.

2.      The parties' request to remand the Plaintiff's state law claim based on Florida's private sector whistleblower act (Count Two) is **GRANTED**.

3.      The Clerk of this Court is directed to **remand** this case (the remaining Count Two) to the Circuit Court of the 12th Judicial Circuit in and for Manatee County, Florida.  The Clerk is also directed to forward a certified copy of this Order to that Court.

4. The Clerk is directed to CLOSE this file and terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida on June 30, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**COPIES FURNISHED TO**</u>:
Counsel/Parties of Record

*S:\Even\2011\11-cv-806.remand 9.wpd*